**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| UNILOC USA, INC. and<br>UNILOC LUXEMBOURG, S.A.,<br><br>                Plaintiffs,<br><br>v.<br><br>GOG LTD.,<br><br>                Defendant. | Civil Action No. 2:16-cv-395-RWS<br><br><br><br><br>PATENT CASE<br><br><br><br>JURY TRIAL DEMANDED |

**PLAINTIFFS' NOTICE OF RELATED CASES**

Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg, S.A. ("Uniloc"), file this notice of related cases currently pending in United States District Court in the Eastern District of Texas. Uniloc filed the following related patent infringement actions asserting infringement of U.S. Patent Nos. 6,510,466 and 6,728,766 in the following cases on April 12, 2016:

| **Parties** | **Case Number** |
|---|---|
| Uniloc USA, Inc. et al v. AVG Technologies USA, Inc. | 2:16-cv-393 |
| Uniloc USA, Inc. et al v. BitDefender Holding B.V. & BitDefender LLC | 2:16-cv-394 |
| Uniloc USA, Inc. et al v. GOG Ltd. | 2:16-cv-395 |
| Uniloc USA, Inc. et al v. Ubisoft, Inc. | 2:16-cv-397 |
| Uniloc USA, Inc. et al v. Valve Corporation | 2:16-cv-398 |

Uniloc also filed the following related patent infringement actions asserting infringement of just U.S. Patent Nos. 6,510,466 in the following cases on April 12, 2016:

| **Parties** | **Case Number** |
|---|---|
| Uniloc USA, Inc. et al v. Avast Software, Inc. | 2:16-cv-392 |
| Uniloc USA, Inc. et al v. Piriform Inc. | 2:16-cv-396 |

Date: April 12, 2016					Respectfully submitted,

							By: */s/ Jason C. Williams*
							Paul J. Hayes
							Kevin Gannon
							Jason C. Williams
							**CESARI AND MCKENNA, LLP**
							88 Black Falcon Avenue
							Boston, MA 02210
							Tel: (617) 951-2500
							Fax: (617) 951-3927
							Email: pjh@c-m.com
							Email: kgannon@c-m.com
							Email: jaw@c-m.com

							Craig Tadlock
							State Bar No. 00791766
							Keith Smiley
							State Bar No. 24067869
							**TADLOCK LAW FIRM PLLC**
							2701 Dallas Parkway, Suite 360
							Plano, TX 75093
							Tel: (903) 730-6789
							Email: craig@tadlocklawfirm.com
							Email: keith@tadlocklawfirm.com

							**ATTORNEYS FOR THE PLAINTIFFS**

## CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 12, 2016.

							*/s/ Jason C. Williams*
							Jason C. Williams