**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| UNILOC USA, INC., et al, | § | |
|     Plaintiffs, | § | |
| | § | Case No. 2:16-cv-00393-RWS |
| v. | § |     LEAD CASE |
| | § | |
| AVG TECHNOLOGIES USA, INC., | § | |
| GOG, LTD., | § | Case No. 2:16-cv-00395-RWS |
|     Defendants. | | |

**ORDER OF DISMISSAL WITH PREJUDICE OF
ALL CLAIMS BY UNILOC AGAINST GOG**

On this day, the Court considered the Stipulation of Dismissal With Prejudice of All Claims By Uniloc Against GOG, Ltd., filed by Plaintiffs Uniloc USA, Inc., and Uniloc Luxembourg S.A. ("Uniloc"), and Defendant GOG, Ltd. ("GOG").  The Court is of the opinion that the Stipulation is well-taken and the case should be DISMISSED under Federal Rule of Civil Procedure 41(a)(1)(A)(i) and (ii).

Accordingly, it is ORDERED that:

1. Any and all claims by Uniloc against GOG are dismissed with prejudice.

2. Uniloc and GOG shall each bear their own attorney's fees, expenses and costs.

3. All other relief requested between Uniloc and GOG is hereby DENIED AS MOOT.

**So ORDERED and SIGNED this 4th day of January, 2017.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE